MICHAEL S. ACKERMAN, ESQ.
MA 7533

XCA-172286-1
ZUCKER, GOLDBERG & ACKERMAN, LLC
Attorneys for Secured Creditor
Queen's Park Oval Asset Holding Trust
200 Sheffield Street, Suite 101
P.O. Box 1024
Mountainside, NJ  07092-0024
1-908-233-8500

|  |  |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT |
|  | FOR THE DISTRICT OF NEW JERSEY |
| Paulette L Tighe | |
|  | CHAPTER 13 |
| Debtor(s) | |
|  | CASE NO. 15-14890-ABA |
|  | |
|  | **SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consents to the substitution of Phelan Hallinan & Diamond, P.C. as Attorneys for the Secured Creditor, Queen's Park Oval Asset Holding Trust, in the above entitled cause.

Dated:   9/4/15                                                Dated:   9/4/15

ZUCKER, GOLDBERG & ACKERMAN, LLC          PHELAN HALLINAN & DIAMOND, P.C.
By: Michael S. Ackerman, Esq.                              By: Andrew Spivack, Esq.
Withdrawing Attorney(s)                                       Superseding Attorney(s)

MICHAEL S. ACKERMAN, ESQ.
MA 7533

XCA-172286-1
ZUCKER, GOLDBERG & ACKERMAN, LLC
Attorneys for Secured Creditor
Queen's Park Oval Asset Holding Trust
200 Sheffield Street, Suite 101
P.O. Box 1024
Mountainside, NJ  07092-0024
1-908-233-8500

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Paulette L Tighe | CHAPTER 13 |
| Debtor(s) | CASE NO. 15-14890-ABA |
| | **CERTIFICATION IN SUPPORT OF FILING OF THE SUBSTITUTION OF ATTORNEY** |

Michael S. Ackerman, Esq. does hereby certify:

1. I am the managing member of the firm of ZUCKER, GOLDBERG & ACKERMAN, LLC, attorneys for the secured creditor in the above entitled action.

2. I have reviewed the within substitution of attorney and have worked with succeeding counsel in its execution.

3. Therefore, I can certify that the succeeding counsel has signed the within substitution of attorney.

4. I hereby certify that the foregoing statements made by me are true; I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
MICHAEL S. ACKERMAN, ESQ.
FOR THE FIRM

Dated: 9/4/15